542

*In re* FRANCES BERRÍOS DE CANGELOSI.

*Número:* 3847          *Resuelto:* 2 de junio de 1995

*Angelita Rieckehoff*, abogada del Colegio de Abogados de Puerto Rico.

## RESOLUCIÓN

Atendida la Moción de 8 de mayo de 1995, presentada por la Lcda. Angelita Rieckehoff, Directora Ejecutiva del Colegio de Abogados de Puerto Rico, se reinstala a la abogada Frances Berríos de Cangelosi al ejercicio de la abogacía en Puerto Rico.

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
Secretario General